IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Villa, Merville | Case Number: 05 B 57963 |
| | Judge: Hollis, Pamela S |
| Printed: 3/11/08 | Filed: 2/28/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 28, 2008
Confirmed: July 17, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 10,690.00 | |
| Secured: | | 7,756.08 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,405.20 |
| Trustee Fee: | | 528.72 |
| Other Funds: | | 0.00 |
| Totals: | 10,690.00 | 10,690.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,405.20 | 2,405.20 |
| 2. | Robert J Semrad & Associates | Administrative | 357.50 | 0.00 |
| 3. | First Bank & Trust Of Evanston | Secured | 44,939.38 | 7,517.80 |
| 4. | Ford Motor Credit Corporation | Secured | 1,412.75 | 238.28 |
| 5. | LSA Limited Partnership | Unsecured | 20,343.00 | 0.00 |
| 6. | Resurgent Capital Services | Unsecured | 10,404.73 | 0.00 |
| 7. | Midwest Verizon Wireless | Unsecured | 686.45 | 0.00 |
| 8. | Wells Fargo Fin. Retail Credit | Unsecured | 1,706.06 | 0.00 |
| 9. | Wells Fargo Fin Acceptance | Secured | | No Claim Filed |
| 10. | America's Servicing Co | Secured | | No Claim Filed |
| 11. | HFC | Secured | | No Claim Filed |
| 12. | HomeComings Financial Network | Secured | | No Claim Filed |
| 13. | Nicor Gas | Unsecured | | No Claim Filed |
| 14. | CB USA Sears | Unsecured | | No Claim Filed |
| 15. | First American Bank | Unsecured | | No Claim Filed |
| 16. | Stone Pogrund & Korey | Unsecured | | No Claim Filed |
| 17. | Wells Fargo Fin Acceptance | Unsecured | | No Claim Filed |
| 18. | Eric De La Cruz | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 82,255.07 | $ 10,161.28 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4.8% | 388.32 |
| 5.4% | 140.40 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Villa, Merville

Printed:  3/11/08

Case Number:  05 B 57963
Judge:  Hollis, Pamela S
Filed:  2/28/06

_____
$ 528.72

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____